UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>ALEXIS ARZOLA,<br><br>    Defendant. | No. 2-CR-1435 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court orders the appointment of CJA Carlos M. Santiago, Jr. in the above-captioned case.

**SO ORDERED.**

Dated: January 10, 2022
    New York, New York

*(signature)*
_____
LORETTA A. PRESKA
Senior United States District Judge

1