UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff

    -against-

ALEXIS ARZOLA,

              Defendant.

02-CR-1435(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's letter requesting new counsel in connection with a motion for compassionate release based on current counsel's failure to communicate with Defendant (see dkt. no. 451), following counsel's appointment by the Court in the above-captioned case on January 10, 2022 (see dkt. no. 431). Counsel for Defendant, Mr. Santiago, shall update the Court as to the status of his communications with Defendant and the status of Defendant's motion for compassionate release no later than June 18, 2025.

**SO ORDERED.**

Dated:    New York, New York
           June 11, 2025

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge