UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>          -against-<br><br>ALEXIS ARZOLA,<br><br>                    Defendant. | 02-CR-1435(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's letter requesting new counsel in connection with a motion for compassionate release (see dkt. no. 451) and current counsel's letter representing that there is no need for the appointment of new counsel (see dkt. no. 454). Given counsel's update that he has been in contact with Defendant and counsel's filing of a motion on Defendant's behalf pursuant to 18 U.S.C. § 3582 (see dkt. no. 453), Defendant's request for new counsel (dkt. no. 451) is DENIED. The Government shall respond to Defendant's motion seeking a sentence reduction (dkt. no. 453) by no later than July 28, 2025. Defendant may submit any reply by no later than August 25, 2025.

The Clerk of the Court shall close docket number 451.

**SO ORDERED.**

Dated:   New York, New York
         June 30, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge